**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LARRY BALOWSKI,

       Plaintiff,

v.                                         Case No: 11-CV-15119-DT

CITY OF PONTIAC, ET AL.,

       Defendants.

_____/

## JUDGMENT

In accordance with the court's  Order Denying "Motion for Leave to File an

Amended Complaint" and Granting Defendants' Motion to Dismiss and Granting

Defendant GERS's Motion for Summary Judgment dated September 14, 2012,

      **IT IS ORDERED AND ADJUDGED** that the complaint be, and the same hereby

is **DISMISSED**.

      Dated at Detroit, Michigan, this 14th day of September 2012.


                                   DAVID J. WEAVER
                                   CLERK OF THE COURT

                                   BY: s/Lisa Wagner__
                                   Deputy Clerk and
                                   Case Manager to
                                   Judge Robert H. Cleland